ARDISAM, INC. (doing business
as Yukon Tracks), Plaintiff,

and

Spring Form, Inc., Plaintiff–Appellant,

v.

AMERISTEP, INC., Defendant–
Appellee,

and

Hunter's View, Ltd., Defendant–
Appellee,

and

Eastman Outdoors, Defendant–
Appellee.

No. 04–1567.

United States Court of Appeals,
Federal Circuit.

Oct. 6, 2005.

Before MAYER, CLEVENGER, and
DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.